IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHARLES FALLON, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 3:13-cv-00735 |
| v. | ) Judge Haynes |
| WATKINS COLLEGE OF ART, DESIGN & FILM; ELLEN MEYER, INDIVIDUALLY AND IN HER CAPACITY AS PRESIDENT OF WATKINS COLLEGE OF ART, DESIGN & FILM; and MARY ELLEN LOTHAMER, INDIVIDUALLY AND IN HER CAPACITY AS VICE PRESIDENT OF FINANCE AND HUMAN RESOURCES. | ) JURY DEMAND |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

It appearing to the Court that the Plaintiff, Charles Fallon, and Defendants, Watkins College of Art, Design & Film, Mary Ellen Lothamer and Ellen Meyer have agreed that all claims against Defendants shall be dismissed with prejudice.

It is hereby **ORDERED** that all of Plaintiff's claims against Defendants shall be dismissed with prejudice.

The Honorable William J. Haynes, Jr.
Chief District Judge